# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00389-CV

### In re Lawrence Marshall Hyundai of Houston, LP d/b/a Lawrence Marshall Hyundai of Houston

### ORIGINAL PROCEEDING FROM AUSTIN COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus complaining that the Texas Department of Motor Vehicles had not issued a final order in an administrative proceeding related to an application to open a new automobile franchise. *See* Tex. R. App. P. 52.8. After relator filed its petition, the Department issued the order relator sought. Relator has filed a motion to dismiss the proceeding, explaining that its petition is now moot. We grant the motion and dismiss the petition for writ of mandamus as moot.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   July 13, 2011